# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| GARY RAY RIKE § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-1530-S-BK |
| § | |
| PHH MORTGAGE SERVICES and US § | |
| BANK NA § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Counter-Plaintiff/Third-Party Plaintiff U.S. Bank, as Trustee's Motion for Default Judgment [ECF No. 11] is **GRANTED**.

**SO ORDERED.**

SIGNED September 26, 2023.

**UNITED STATES DISTRICT JUDGE**